In the Matter of the Accounting of JOHN G. BAUM, as Administrator of the Estate of FREDERICKA BAUM, Deceased, Appellant.

ANNIE DURKEL et al., Respondents.

*Matter of Baum*, 121 App. Div. 496, appeal dismissed.
(Submitted January 6, 1908; decided January 14, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered October 4, 1907, which affirmed a decree of the Queens County Surrogate's Court judicially settling the accounts of the administrator herein.

The motion was made upon the grounds that no questions of law were involved which could be reviewed by the Court of Appeals; that the exceptions were frivolous and that the decree of the surrogate was supported by the findings of fact, which findings had been unanimously affirmed by the Appellate Division.

*Henry D. Merchant* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.